KENNETH HELLER, Appellant, v JACOBY & MEYERS, LLP, Respondent.

Submitted June 22, 2009; decided September 3, 2009

Reported below, 58 AD3d 583.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK by ANDREW M. CUOMO, Attorney General of the State of New York, Respondent, v COVENTRY FIRST LLC et al., Appellants.

Submitted August 10, 2009; decided September 3, 2009

Reported below, 52 AD3d 345.

Motion for reargument denied [see 13 NY3d 108 (2009)].

Chief Judge LIPPMAN taking no part.

SUPERIOR ICE RINK, INC., Respondent, v NESCON CONTRACTING CORP., Doing Business as A1 DISCOUNT PAINTING, et al., Defendants, and MERCHANTS MUTUAL MARINE INSURANCE COMPANY, Appellant.

Submitted June 15, 2009; decided September 3, 2009

Reported below, 52 AD3d 688.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of MICHAEL YOVINO, Appellant, v NEW YORK CITY CIVIL SERVICE COMMISSION, Respondent.

Submitted June 15, 2009; decided September 3, 2009

Reported below, 2009 NY Slip Op 61617(U).

Motion for reargument of motion for leave to appeal denied [see 12 NY3d 813 (2009)].